# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** DP 8 L.L.C.
**Case Number:** 2:04-bk-13428-GBN  **Chapter:** 11
**Date / Time / Room:** MONDAY, MAY 16, 2005 01:30 PM  7TH FLOOR #702
**Bankruptcy Judge:** GEORGE B. NIELSEN
**Courtroom Clerk:** JAN HERNANDEZ
**Reporter / ECR:** ANDAMO PURVIS

## Matter:

ORAL ARGUMENT RE: MOTION FILED ON BEHALF OF ESTATES OF JOHN ANDERSEN AND ANDRA K. BOWYER FOR PAYMENT OF DEFAULT INTEREST.

**R / M #:** 56 / 0

## Appearances:

DALE C. SCHIAN, ATTORNEY FOR DP 8 L.L.C.
EDWARD M ZACHARY, ATTORNEY FOR ESTATES OF ANDERSEN AND BOWYER
JAMES E. CROSS, ATTORNEY FOR SOUTHWEST PROPERTIES

## Proceedings:

MR. SCHIAN ADVISES THE COURT THAT THE GOOD NEWS IS, THAT NOBODY BRIEFED ANYTHING. IT IS BELIEVED THAT THERE IS A SETTLEMENT AND IT IS NOT ANTICIPATED THAT THERE WILL BE ANY OPPOSITION. THE TERMS ARE RECITED.

MR. ZACHARY IS IN AGREEMENT AND FURTHER STATES THAT HE DOES NOT THINK THAT A BACK UP HEARING IS NEEDED.

MR. SCHIAN ALSO BELIEVES THAT A BACK UP HEARING IS NOT NECESSARY.

A DISCUSSION ENSUES AS TO WHETHER THIS WILL IMPACT THE PENDING PLAN AND MR. SCHIAN RESPONDS THAT IT WILL NOT. MR. SCHIAN REPORTS THAT HE WILL UTILIZE NEGATIVE NOTICE. THE FUNDS BEING HELD ARE ALSO DISCUSSED.

THE COURT: IT IS UNDERSTOOD THAT THE FUNDS WILL BE REFLECTED IN THE MONTHLY REPORTS. NO FURTHER HEARINGS ARE SCHEDULED.